| | |
|---|---|
| 1 | JOHN N. FRYE, (SBN 45191)<br>LAW OFFICES OF JOHN N. FRYE |
| 2 | 411 Borel Avenue, Suite 500<br>San Mateo, CA 94402-3520 |
| 3 | Telephone: (650) 577-0889<br>Facsimile: (650) 345-9875 |
| 4 | |
| 5 | Attorney for Plaintiff<br>ANEELA GHOURI |
| 6 | GREGORY ROCKWELL, ESQ. (SBN 67305)<br>grockwell@bjg.com |
| 7 | JILL SAZAMA, ESQ. (SBN 214215)<br>jsazama@bjg.com |
| 8 | BOORNAZIAN, JENSEN & GARTHE<br>A Professional Corporation |
| 9 | 555 12th Street, Suite 1800<br>P.O. Box 12925 |
| 10 | Oakland, CA 94604-2925<br>Telephone (510) 834-4350 |
| 11 | Facsimile (510) 839-1897 |
| 12 | RICHARD J. PAUTLER, ESQ. (appearing *pro hac vice*)<br>rpautler@thompsoncoburn.com |
| 13 | THOMPSON COBURN LLP<br>One US Bank Plaza |
| 14 | St. Louis, MO 63101-1611<br>Telephone 314.552.6000 |
| 15 | Facsimile 314.552.7000 |
| 16 | Attorneys for Defendants<br>JOHNSON & JOHNSON LONG TERM |
| 17 | DISABILITY PLAN AND REED GROUP |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 20 | ANEELA GHOURI, | Case No.: C08-04612 PJH |
| 21 | Plaintiff, | **STIPULATION REGARDING CHANGE IN CASE MANAGEMENT** |
| 22 | v. | **CONFERENCE DATE AND [~~PROPOSED~~]** |
| 23 | JOHNSON & JOHNSON LONG TERM DISABILITY PLAN, REED GROUP AND | **ORDER REGARDING SAME** |
| 24 | DOES 1-50, inclusive, | |
| 25 | Defendants. | Complaint Filed: October 3, 2008 |
| 26 | | |
| 27 | // | |
| 28 | // | |

-1-

STIPULATION REGARDING CHANGE IN CASE MANAGEMENT CONFERENCE DATE AND ORDER

The parties through their respective counsel hereby stipulate and agree that, in the interest of the parties, the hearing date on the upcoming case management conference should be changed from January 8, 2009 at 2:30 p.m. to **January 29, 2009, at 2:30 p.m.** The parties are informed that the above date is available and convenient for the Court. They therefore respectfully request the Court order this conference date change.

Dated: January 6, 2009

                              LAW OFFICES OF JOHN N. FRYE

                              By: _____/s/_____ John N. Frye, Esq.[1]
                                    JOHN N. FRYE, ESQ.
                                    Attorney for Plaintiff
                                    ANEELA GHOURI

Dated: January 6, 2009

                              BOORNAZIAN, JENSEN & GARTHE
                              A Professional Corporation

                              By: _____/s/_____ Jill P. Sazama , Esq._____
                                    JILL P. SAZAMA, ESQ.
                                    Attorneys for Defendants JOHNSON
                                    & JOHNSON LONG TERM
                                    DISABILITY PLAN and REED
                                    GROUP

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: __1/8/09_____

_____
HON. PHYLLIS J. HAMILTON
United States District Judge

*IT IS SO ORDERED — Judge Phyllis J. Hamilton — United States District Court Northern District of California*

C4882\452492

---

[1] Mr. Frye has agreed to this stipulation on behalf of his client, and has authorized the indication of his agreement on this document.

-2-

STIPULATION REGARDING CHANGE IN CASE MANAGEMENT CONFERENCE DATE AND ORDER