JOHN N. FRYE, (SBN 45191)
LAW OFFICES OF JOHN N. FRYE
411 Borel Avenue, Suite 500
San Mateo, CA 94402-3520
Telephone: (650) 577-0889
Facsimile: (650) 345-9875

Attorney for Plaintiff
ANEELA GHOURI

GREGORY ROCKWELL, ESQ. (SBN 67305)
grockwell@bjg.com
JILL SAZAMA, ESQ. (SBN 214215)
jsazama@bjg.com
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
P.O. Box 12925
Oakland, CA 94604-2925
Telephone (510) 834-4350
Facsimile (510) 839-1897

RICHARD J. PAUTLER, ESQ. (appearing *pro hac vice*)
rpautler@thompsoncoburn.com
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, MO 63101-1611
Telephone 314.552.6000
Facsimile 314.552.7000

Attorneys for Defendants
JOHNSON & JOHNSON LONG TERM
DISABILITY PLAN AND REED GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANEELA GHOURI, | Case No.: C08-04612 PJH |
| Plaintiff, | **[PROPOSED] ORDER GRANTING EXTENSION OF THE MEDIATION DEADLINE** |
| v. | |
| JOHNSON & JOHNSON LONG TERM DISABILITY PLAN, REED GROUP AND DOES 1-50, inclusive, | Complaint Filed: October 3, 2008 |
| Defendants. | |

The parties having agreed and stipulated that mediation of this case will be conducted prior to July 1, 2009, and good cause appearing therefor, the Court hereby ORDERS as follows:

-1-

ORDER GRANTING EXTENSION OF THE MEDIATION DEADLINE

1   The current deadline to complete mediation of May 1, 2009, is **HEREBY EXTENDED** up
                August
2   to and including ~~July~~ **1, 2009.**

3   **PURSUANT TO STIPULATION, SO ORDERED.**

4

5   DATED:   4/1/09

6

7                                                   By: _____



9
    C4882\458706
10

-2-

ORDER GRANTING EXTENSION OF THE MEDIATION DEADLINE