UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANEELA GHOURI,

    Plaintiff(s),

    v.

JOHNSON & JOHNSON LONG TERM DISABILITY PLAN, et al.,

    Defendant(s).
_____/

No. C 08-4612 PJH

**JUDGMENT**

    This action came on for hearing before the court and the issues having been duly heard and the court having granted defendants' motion for summary judgment

    it is Ordered and Adjudged

    that the complaint is dismissed with prejudice.

    IT IS SO ORDERED.

Dated: July 17, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge